CHARLES S. WOOD & COMPANY, INC., Respondent, *v.*
ALVORD & SWIFT, Appellant.

(Submitted February 8, 1932; decided March 3, 1932.)

*Francis X. Fallon* and *William S. Beers* for appellant.
*George B. Greenough* and *F. Carroll Taylor* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.